IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MELTON LEE MILLER                                                              PLAINTIFF

v.                                Civil No. 4:15-cv-04094

NURSE ROSE; NURSE CLADWELL;
DR. MORGAN; and NURSE BELCHER                        DEFENDANTS

**O R D E R**

      Plaintiff proceeds in this section 1983 matter *pro se*. Currently before the Court is Plaintiff's failure to prosecute this matter.

      On October 27, 2015, I entered an Order to Show Cause directing Plaintiff to respond showing cause why he failed to keep the Court informed of his current address. Plaintiff failed to respond. However, upon further review of the docket in this matter, I have determined that Plaintiff did in fact inform the Court of his address change on September 28, 2015. Accordingly, I hereby withdraw the October 27, 2015 Order to Show Cause (ECF No. 7) and terminate the deadlines set in that order.

      However, Plaintiff has not communicated with the Court since filing his change of address on September 28, 2015. Therefore, Plaintiff is **DIRECTED** to respond to this Order indicating whether he intends to pursue this matter by **February 25, 2016. Plaintiff is advised that failure to respond to this Order may result in dismissal of this matter.**

      **IT IS SO ORDERED** this 4th day of February 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1